JOHN BURHANS ET AL., PROSECUTORS-APPELLANTS, v. CITY OF PATERSON, DEFENDANT-RESPONDENT.

Decided April 17, 1924.

On appeal from the Supreme Court, whose opinion is reported in 1 *N. J. Mis. R.* 348.

For the appellants, *Randal B. Lewis.*

For the respondent, *Edward F. Merrey.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion of the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, MINTURN, CAMPBELL, WHITE, GARDNER, VAN BUSKIRK, CLARK, JJ. 10.

*For reversal*—None.